IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL H. KALINER, Trustee for Debtor, MDC Systems Inc.,** | : : : | **MISCELLANEOUS ACTION NO. 09-5** |
| **Plaintiff,** | : | |
| v. | : : | |
| **MDC SYSTEMS CORP., LLC,** | : : | |
| **Defendant.** | : : | |

## O R D E R

**AND NOW**, this 2nd day of November, 2012, upon consideration of Plaintiff's Motion to Quash Jury Trial Demand and to [Refer] Action to Bankruptcy Court (Document No. 120, filed September 21, 2012), and Defendant MDC Systems Corp., LLC's Brief in Opposition to Plaintiff's Motion to Quash Jury Demand and to Refer Action to Bankruptcy Court (Document No. 121, filed October 5, 2012) **IT IS ORDERED** that Plaintiff's Motion to Quash Jury Trial Demand and to [Refer] Action to Bankruptcy Court is **DENIED**.

**IT IS FURTHER ORDERED** that a final pretrial conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
**JAN E. DuBOIS, J.**